Name: _Norma Stilley_
Address: _44634 Shadowcrest Dr._
_Lancaster, CA 93536_
Phone: _(661) 524-1193_

Plaintiff In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
MAY 31 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

LODGED
2011 MAY 23   PM 3: 56
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CV11-04434-RSWL (MANx)

_Norma_ _Stilley_ ,

**PLAINTIFF,**

vs.

_Lancaster_
_School_
_District_

**DEFENDANT(S).**

) Case No.: _____
) (To be supplied by the Clerk)
) **COMPLAINT FOR:**
)
) _Damages_
)
) _____
)
) _____
)
) _____
)
)
) **Jury Trial Demanded**
)

---

## I. JURISDICTION

1. This Court has jurisdiction under _Title I of the_
_Americans with Disabilities Act of 1990, 42 U.S.C._
_12 111, et seq., and, Title V, Section 503 of_
_the Act, 42 U.S.C. 12203_

## II. VENUE

2. Venue is proper pursuant to _____
defendant is a federal government, or state government
official, and the plaintiff lives in this
district

## III. PARTIES

3. Plaintiff's name is _Norma Stilley_. Plaintiff resides
at: _44634 Shadowcrest Dr._
_Lancaster, CA 93536_

4. Defendant _Lancaster School District_
_44711 Cedar Ave._
_Lancaster, CA 93534_

5. Defendant _Mark Gross: Lancaster School District_
_44711 Cedar Ave._
_Lancaster, CA 93534_

2

Page Number

6 . Defendant ___Susie Skidmore : Lancaster School District___

*Insert ¶ #*

44711   Cedar Ave

Lancaster, CA   93534


7 . Defendant ___Lorraine Zapata___

*Insert ¶ #*

44711   Cedar Ave

Lancaster, CA   93534


8 . Defendant ___Lexy Conte___

*Insert ¶ #*

44711   Cedar Ave

Lancaster, CA   93534


9 . Defendant ___Debbie Saulter___

*Insert ¶ #*

44711   Cedar Ave

Lancaster, CA   93534


3

*Page Number*

# IV. STATEMENT OF FACTS

10. On May 4, 2009, Mark Gross, principal of Mariposa Elementary met with me to discuss my employment intention for the 2009/2010 school year. I checked that I intended to stay at Mariposa, but he still took me off the list, leaving me uncertain as to if and where, if any job, was available. My anxiety began, and I had to seek medical treatment (See Exhibit A)

11. I was told about three weeks after 5-4-09 that I would have employment but I had to be transferred. I was accused of stealing thousands of dollars worth of materials (like I had been every year since 1999) by Susie Skidmore, the program clerk. (See Exhibit B)

12. I was transferred to Linda Verde Elementary School where the Principal, was Lorraine Zapata, was hostile. I was denied materials and never given a consistent class, nor accurate rosters. I was also given a negative and false write-up after my injury on 9-22-09. see (exhibit C)

13. _Insert ¶ #_ I was injured before school on 9-22-09. When I called Lorraine Zapata, the principal, she did not believe me. She said I was to meet with her every day after school because my "credential was" on the line." I was not well those four days. Later I saw a doctor and was diagnosed with a concussion. (see exhibit D)

14. _Insert ¶ #_ I later filed a workers' compensation claim form on 10/02/09. They acted as though they had no knowledge of my injury until 9-25-09, (see exhibit E) I requested a leave of absence but was told that I had no choice but to resign by Lorraine Zapata, Lexy Conte, and Debbie Saulter.

15. _Insert ¶ #_ I requested letters of recommendation, but was denied. I also called to get my job back but was told that other teachers who had been laid off had to be hired before me.

5

_Page Number_

# V. <u>CAUSES OF ACTION</u>

## FIRST CAUSE OF ACTION

( discrimination based on gender                    )
*insert title of cause of action*

(As against Defendant(s):  Mark Gross  Lancaster  School

District                                            )

16. Mark Gross gave me no choice
*Insert ¶ #*
when he took me off the employment list
for the 2009-2010 school year. There
were also rumours about me which he most
likely believed, namely about domestic violence.

17. I also was a "whistle-blower" ~~about~~
*Insert ¶ #*
regarding a co-worker who changed her
classroom lock to allow "private meetings." The
principal ended up questioning if I was
the one having an affair.

.
*Insert ¶ #*

6
*Page Number*

## SECOND CAUSE OF ACTION

( discrimination based on race                                )

*insert title of cause of action*

(As against Defendant(s): Susie Skidmore = Lancaster School

District                                                      )

18. Susie Skidmore, the program clerk

*Insert ¶ #*

at Mariposa Elementary School had her
daughter be a classroom assistant in
my room. I was accused of not
speaking English well enough to teach.

19. The color of my skin was

*Insert ¶ #*

also frequently a topic. I was often
compared and told I was not as white as
her. I avoided going to the copy machine
as much as possible

_____.

*Insert ¶ #*

## THIRD CAUSE OF ACTION

( discrimination based on disability )
*insert title of cause of action*

(As against Defendant(s): Mark Gross, Lorraine Zapata et al )

20. Somehow, my employers found out
*Insert ¶ #*
that I was on medication for anxiety.
I only became ill after I was
transferred and harrassed.

*Insert ¶ #*

*Insert ¶ #*

8

*Page Number*

# FOURTH CAUSE OF ACTION

( discrimination                                    )

*insert title of cause of action*

**(As against Defendant(s):** Debbie Saulter                )

---

2/. I was placed on peer-assisted

*Insert ¶ #*

review in lieu granting me representation. My contact

with the California Teacher's Association was

obstructed. In lieu of representation by the CTA, I was

represented by the Teacher's Association of Lancaster which is gone.

*Insert ¶ #*

*Insert ¶ #*

9

*Page Number*

# VI. <u>REQUEST FOR RELIEF</u>

WHEREFORE, the Plaintiff requests:

22    I am seeking reinstatement of
*Insert ¶ #*
my job as a teacher. If not, I would
be content with letters of recommendation
or re-training in another field.

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

# VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: _5 - 23 - 11_____

Sign: _____

Print Name: _NORMA STILLEY_____

Plaintiff in pro per

DATE:              April 24, 2009


TO:                Human Resources Services
                   LANCASTER SCHOOL DISTRICT
                   44711 North Cedar Avenue
                   Lancaster, CA 93534

FROM:              STILLEY, NORMA
                   MARIPOSA


SUBJECT:           Employment Intention for 2009/2010


Check one:

☑    It is my intention to remain in the service of the Lancaster School District
     for 2009/2010, and I accept the offer of employment. I further agree to have
     on file by July 1, 2009 in the office of the Los Angeles County
     Superintendent of Schools, a valid credential covering the position for
     which I am employed. I understand that my salary shall be determined
     based on Class C Step 11 of the current salary schedule. (Please refer to
     current salary schedule for placement and salary, plus longevity if
     applicable.)


☐    It is my intention not to remain in the services of the Lancaster School
     District for 2009/2010, and I decline the offer of employment for the
     following reason: (PLEASE SUBMIT A FORMAL RESIGNATION
     TO HUMAN RESOURCES).

     Resignation Date: _____

     _____

Remarks:_____

_____

05-04-09                              _____
Date                                  Signature

**Return signed, completed form to your School Secretary OR Human Resources by:**

**May 15, 2009**

Exhibit (B)  p 1 of 3

## Checked Out/Overdue Materials & Unpaid Fines

Faculty patrons only

Mariposa School

### Teacher/HmRm Tch: Stilley, N

### STILLEY, NORMA

**P 1255**

**Textbooks**

| Due | Barcode | Title | Price |
|---|---|---|---|
| 5/28/2008 | 40115000040939 | Grade 4/California Science/ Content Reader Bookshelf Collections : Above -Level | $147.42 |
| 5/28/2008 | 40115000040970 | California Science - Online Access Pack: Grade 4 | $2,096.82 |
| 5/28/2008 | 40115000040996 | Grade4/California Science/Inquiry Extensions Teacher's Guide | $3.40 |
| 5/28/2008 | 40115000041325 | California Science - Inquiry Extensions Flip Chart: Grade 4 | $75.60 |
| 5/28/2008 | 40115000044501 | TE - California Science - Grade 3 - Teacher's Edition Package | $233.28 |
| 5/28/2008 | 40115000044949 | California Science/Grade 3/ Grade Level Equipment Kit | $425.52 |
| 5/28/2008 | 40115000045060 | Scott Foresman Online Access Pack Science Grade 3 | $2,978.64 |

**Unpaid Fines & Refunds**

| Assessed | Call Num. | Barcode | Title | Amount |
|---|---|---|---|---|
| Lost LM 2/6/2008 | Video | T 12202 | The Adventures of Corduroy: The Dinosaur Egg | $20.00 |

exhibit B   p 2 of 3

# Checked Out/Overdue Materials & Unpaid Fines

Faculty patrons only

Mariposa School

**Teacher/HmRm Tch: Stilley, N**

## STILLEY, NORMA

### Library Materials

P 1255

| Due | Call Num. | Barcode | Title | Price |
|---|---|---|---|---|
| 6/22/2007 | 400 | T 45135 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 45136 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 45137 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 979.4 | T 45380 | New Perspectives on the California Missions: A Unit of Study for 4th Grade | - |

### Textbooks

| Due | Barcode | Title | Price |
|---|---|---|---|
| 5/28/2008 | 40115000018398 | TE - HOUGHTON MIFFLIN READING / TEACHERS EDITION COMPLETE. LEVEL 4 | $425.33 |
| 5/28/2008 | 40115000018463 | TE - SAXON MATH 6/5: An Incremental Development (Grade 5): | $52.32 |
| 5/28/2008 | 40115000025419 | RK - HISTORY-SOCIAL SCIENCE (CA) / GRADE 4 / OUR CALIFORNIA / CONTENT READERS LIBRARY | $413.10 |
| 5/28/2008 | 40115000025583 | HISTORY-SOCIAL SCIENCE (CA) / GRADE 4 / OUR CALIFORNIA / TEACHER'S RESOURCE PACKAGE | $1,920.78 |
| 5/28/2008 | 40115000025682 | RK - HISTORY-SOCIAL SCIENCE (CA) / GRADE 4 / OUR CALIFORNIA / READ-ALOUD LIT PACKAGE | $37.80 |
| 5/28/2008 | 40115000027605 | Reading Language Arts Framework for California Public Schools | $25.00 |
| 5/28/2008 | 40115000032498 | California Science - Activity DVD: Grade 4 | $124.74 |
| 5/28/2008 | 40115000032522 | California Science - Quiz Show: Grade 4 | $43.15 |
| 5/28/2008 | 40115000040459 | California Science - Science and Language Arts Connections Workbook: Grade 4/Teacher's Guide | $48.60 |
| 5/28/2008 | 40115000040483 | California Science - Assessment Book: Grade 4/Teacher Ed | $63.72 |
| 5/28/2008 | 40115000040517 | Grade4/California Science/Interactive Study Guide | $2.43 |
| 5/28/2008 | 40115000040566 | Grade 4/California Science/ Grade Level Equipment Kit | $418.82 |
| 5/28/2008 | 40115000040608 | California Science - Audio Text: Grade 4 | $135.00 |
| 5/28/2008 | 40115000040624 | California Science - Science Study Notebook:Grade 4/Teacher's Guide | $48.60 |
| 5/28/2008 | 40115000040665 | California Science - Intervention Study Guide: Grade 4/Answer Key | $2.11 |
| 5/28/2008 | 40115000040723 | California Science - Content Readers: Grade 4/Teacher's Guide | $48.60 |
| 5/28/2008 | 40115000040822 | Grade4/California Science/Content Reader Bookshelf Collection: Below - Level | $147.42 |
| 5/28/2008 | 40115000040871 | Grade4/California Science/Content Reader Bookshelf Collection: Below - Level | $147.42 |
| 5/28/2008 | 40115000040897 | Grade 4/California Science/ Content Reader Bookshelf Collections : On -Level | $147.42 |
| 5/28/2008 | 40115000040913 | Grade 4/California Science/ Content Reader Bookshelf Collections : Above -Level | $147.42 |
| 5/28/2008 | 40115000040921 | Grade 4/California Science/ Content Reader Bookshelf Collections : On -Level | $147.42 |

exhibit (B)   P 3 of 3

# Checked Out/Overdue Materials & Unpaid Fines

Mariposa School

Faculty patrons only

**Teacher/HmRm Tch: Stilley, N**

## STILLEY, NORMA

*Library Materials*                    P 1255

| Due | Call Num. | Barcode | Title | Price |
|---|---|---|---|---|
| | | | | Price |
| 2/11/2008 | | T 11277 | THE SCIENCE BOOK OF LIGHT | $8.46 |
| 6/22/2007 | 400 | T 43790 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 43792 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 43794 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 43796 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 43798 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 43800 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 43801 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 43802 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 43803 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 43804 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 43805 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 43806 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 43807 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 43808 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 43809 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 43810 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 43811 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 44731 | Avenues Level E, Volume 1 & 2 Teacher's Edition : Grade 4 | $102.18 |
| 6/22/2007 | 400 | T 45118 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 45119 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 45120 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 45121 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 45122 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 45123 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 45124 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 45125 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 45126 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 45127 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 45128 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 45129 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 45130 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 45131 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 45132 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 45133 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |
| 6/22/2007 | 400 | T 45134 | Avenues Level E : Success in Language, Literacy, and Content | $39.93 |



# Lancaster School District

44711 North Cedar Avenue, Lancaster, CA 93534-3210

(661) 942-0431
FAX (661) 942-7621

ucating Since 1885

**Linda Verde Elementary School**
**Lorraine Zapata, Principal**

September 23, 2009

To: Norma Stilley

From: Lorraine Zapata

Re: Warning of Unsatisfactory Performance

On the following dates you engaged in the following conduct:

| | |
|---|---|
| August 13, 2009 | Mrs. Stilley arrived after the bell rang. Parents and students were waiting outside her classroom.<br>Mrs. Stilley was called to ask a question about attendance. No attendance was taken. Norma covered the phone and said, "Steven did you or I take attendance?". She did not know who took attendance. Steven is her son. Steven Stilley wrote a student citation to students. Parent called to complain. Wanted to know why a student was writing citations.<br><br>At 11:30 I had 4-5 first graders out of Mrs. Stilley's class in the bathrooms. I entered her class and reminded her that only one student could be out of her class at a time. |
| August 14, 2009 | When checking Ms. Stilley's lesson plans, the standards used as focus were 4th grade standards. Mrs. Stilley has Silent Sustained Reading for 30 minutes. This is not developmentally appropriate for 1st graders who are not reading fluently. I left a note. |
| August 17, 2009 | (Grade level change). Mrs. Stilley is now a straight first. Noon-duty reported that students were running in and out of the classroom going to the bathroom during all recesses and lunch. |
| August 18, 2009 | Two students had a fist fight in your class, sent home for the day. |
| August 29, 2009 | Mrs. Stilley arrived after the bell rang. Parents and students were waiting outside her classroom. |
| August 25, 2009 | Ms. Stilley's son was choking another student from her class. I asked for him not to return to our school to volunteer.<br>Literacy Coach did a demo lesson and observation. |

| | |
|---|---|
| August 26, 2009 | Referral to office: *"Nathaniel continues to fight with others in class and refuses to do any work. In school suspension suggested/requested. Will send work upon approval". 12:07* |
| August 27, 2009 | Mrs. Stilley arrived after the bell rang. Parents and students were waiting outside her classroom.<br>Referral to office: *Tianna has scissors from home and cut another student's hair. Also, she is not cooperating in class. Please talk to her and possibly give her an in-school suspension or talk to mom. 9:45* |
| August 28, 2009 | No lesson plans available. I asked Mrs. Nestor to share her plans, to help Mrs. Stilley. |
| August 31, 2009 | Mrs. Stilley arrived after the bell rang. Parents and students were waiting outside her classroom.<br>Referral to the office: *Running around the classroom. Hit Austin on the back. Not following procedures.* |
| September 2, 2009 | When visiting classes, I found Casey Stilley in Norma's room. I told her that this was not allowed and she was to go to class immediately. Mrs. Stilley stated that her daughter did not feel safe and would not be attending our school. She requested a zone exception from Mariposa and will explore home schooling.<br><br>Literacy Coach did a demo lesson and observation.<br><br>*Parent requests her child to be moved out of Mrs. Stilley's class. Says that teacher said she will be fired from her job if the kids are not acting good. The parent believes her child is not going to get the education she deserves if she remains in this class.<br><br>12:02 You had a lost child (Kristen). I sent Mr. Carmona, the school psychologist, to help you with classroom procedures and administer the classroom checklist. Mrs. Stilley tried to give him students to see.<br><br>Referral to office: *"Hit Jasmine in stomach, Khriston in eye, running in class, climbing furniture. Please talk to him or in school suspension."* |
| September 3, 2009 | Parent complaint regarding announcement *to other parents* about her child's academic and behavior concerns. Told the parent that she is having a problem getting a hold of the class. The parent stated that her child is 5 and the teacher is an adult. What is the problem?<br><br>Literacy Coach did a demo lesson and observation.<br><br>Multiple parent complaints regarding 2 students left outside the classroom. The door was shut on them and they were told to stand outside. Ms. Stilley began class, leaving students outside unattended.<br><br>Report of student standing on the desk. |

Four children out of classroom using the bathroom, jumping over the railing and playing with Styrofoam swords.

Parent request to be moved out of Mrs. Stilley's class. Her child is crying because she does not feel safe in the classroom.

N was standing on the desk, jumped to shelf and then on top of cabinet.

Referral to office: *"Hit Demaje, Nathan, Cedro, Adrian, Brandon at recess. Please talk to him."*

| | |
|---|---|
| September 4, 2009 | Literacy Coach did a demo lesson and observation. |
| September 8, 2009 | Instructional Assistant placed in Mrs. Stilley's classroom for 3 hours. Volunteer parents were checking computers and reported students standing on desks, jumping on shelving and running around the classroom out of control. |
| September 9, 2009 | Parent requests out of Mrs. Stilley's class, she states that her child is not being taught the educational requirements.<br><br>Stilley called for sub, got one, then cancelled. Called Mrs. Stilley when students were waiting outside her room. Stilley said Jeanette, in the office told her to call a sub but was confused. We do not have an employee named Jeanette, our employees are Maria, Alejandra, Kelly and Celeste. Support staff had to cover her class.<br><br>Mrs. Zapata, Mrs. Esquivel, and Mrs. Sanchez moved classroom furniture, curriculum, and desks around to accommodate learning. |
| September 14, 2009 | Concern safety in the classroom. Mrs. Stilley stated, "Not the right assignment, I'm thirsty in the classroom because of the medicine I am taking. |
| September 21, 2009 | Tiana was sent outside the classroom and the door was locked. She knocked on the door and no one answered. She climbed through an open window.<br><br>*Parent called 2nd request to move her child out of Mrs. Stilley's room. |
| September 22, 2009 | Nathaniel was sent to the nurse's office with a stab wound on the lower rib cage area. The wound was deep. Another student stabbed him. |
| September 23, 2009 | Parent request wanting her son out of Mrs. Stilley's room feels unsafe in the classroom.<br><br>Referral to office: "Brandon *threw a book at other student's*" 9:35<br>Referral to office: *"Pressed fingers into Austin's throat 2 times."* 11:45 |

Referral to office: *"Tiana choked another student." 10:01*

This conduct violated:

ARTICLE X

2.0 Hours of work. Unit members must be on duty at least twenty (20) minutes before the beginning of the class session and remain on duty for a reasonable length of time after the close of the students' regular school day to ensure the safe and orderly dismissal of the students.

5.0 In addition to assigned classroom teaching duties, teachers shall perform, as reasonably required, their own instructional day duties, many of which may occur outside of scheduled class hours and outside of regular school session hours. Such duties may include, but are not limited to, planning and selecting and preparing materials for instruction; receiving and evaluating work of pupils; conferring and counseling with pupils, parents, staff and administrators; keeping records; supervising pupils; supervising and providing leadership of pupil organizations and activities as assigned; attending faculty, departmental and grade level meetings; serving on committees providing advice and service to the District; participating in approved professional activities relating to the teaching assignment; studying current literature to keep abreast of developments within the subject matter taught by the teacher; participating in approved staff development programs; and assuming responsibility for the proper use and control of District property, materials, supplies and equipment.

   ***See Attached MOU Article X Hours of Work Dated 5/29/09

ARTICLE XV
7.0 Any unit member, during the performance of his/her duties, may exert the same degree of physical control over a pupil that a parent would be legally privileged to exercise but which, in no event, shall exceed the amount of physical control reasonably necessary to maintain order, protect property, or protect the health and safety of pupils. Law enforcement assistance will be requested by the site administrator, or designee, when necessary to protect unit members.

ARTICLE XXVI
7.3 Each classroom will have an inventory of standard equipment and instructional materials that are permanently housed in the classroom. Unit members will be responsible for all equipment and materials on the inventory list during the time they are assigned to the room and must account for all the materials and equipment each time they go on intersession.

Your conduct negatively impacted the instructional program and the safety of students inasmuch as the continued disregard for student safety caused several injuries in your classroom. Your continued non use of district curriculum and time adherence is having a negative impact on student achievement.

Effective immediately, you are to:

1. Implement a leveled discipline system for student behavior. Turn in your plan by Monday September 28, 2009.
2. Maintain safety and order in the classroom. Ensure that students are always under the supervision of a school employee.

3. Follow the grade level lesson plans provided.
4. Turn in all emergency cards to the office for *all* your students.
5. Maintain accurate attendance records.
6. Document reportable events relating to student health and safety.
7. Ensure that the classroom space is arranged so that it facilitates individual and group instruction. Student work areas should be arranged to reduce interfering behaviors and interaction.
8. Ensure that materials are organized prior to each instructional day.
9. Organizes overall instructional activities so that the maximum time on task is provided.
10. Provide smooth transitions between lessons.
11. Follow the time for all curricular areas in your schedule.
12. Arrive to school on time.

CLASSROOM DISCIPLINE CONTROL:

1. Provide methods of classroom behavior management techniques that are appropriate, effective, consistently enforced and clearly defined
2. Ensure that appropriate management techniques are communicated to students, parents, staff and administrators.
3. Ensure that any special student management plan or crisis intervention plan has been documented in writing and included in the IEP, when appropriate.
4. Clearly establish routines for the classroom.
5. Ensure that the physical room environment facilitates learning.
6. Uphold standards of student behavior throughout the school.
7. Display student material to encourage positive successful behavior.
8. Ensure that relationships with students are based on mutual respect and cooperation.
9. Control classroom noise so that appropriate instructional activity can be conducted and distractions are kept at a minimum.
10. Ensure that students are properly supervised at all times.
11. Strive to be fair and consistent.
12. Demonstrate a positive and constructive style when dealing with behavior.
13. Avoid emotional overreactions to misbehavior.
14. Protect and maintain classroom, furnishings, material and supplies in a manner that recognizes the need to maintain such items for their maximum life span.
15. Demonstrate an ability to be assertive with misbehavior.
16. Practice student control and restraint procedures in accordance with applicable district/school policies.

To assist in correcting this conduct, I offer the following suggestions:

Review the California Standards for the Teaching Profession provided by the state of California. Pay special attention to Creating and Maintaining Effective Environments for student learning.

Work with the PAR provider on a regular basis.

Work with the literacy coach.

Continue to follow your grade level's lesson plan, including time allowances for core subjects.

A copy of this letter will be placed in your personnel file after 10 days.  You may prepare a response which will be attached to this document.

Norma Stilley

(C) 7 of 7

# MEMORANDUM OF UNDERSTANDING
## ARTICLE X
## HOURS OF WORK

1.0 The District and the Association recognize the varying nature of a teacher's day-to-day professional responsibilities.

3.0 Instructional time, unless modified by the procedure set forth in Section 3.2, shall be:

### Modified Traditional

Kindergarten  200 minutes per day with a 10-minute break

1-3  305 minutes per day with a 50-minute lunch and one 15-minute a.m. recess and one 10 - minute p.m. recess

4-5  320 minutes per day with a 45-minute lunch and one 15-minute break

6-8  329 minutes per day with a 40-minute lunch

All unit members (K-8) must be on duty at least twenty (20) minutes before the beginning of the class session unless there is a prearranged parent meeting (SST, IEP, etc.) In the event of inclement weather, teachers are required to report thirty (30) minutes before the beginning of the class session. Teachers shall remain on duty for a reasonable length of time after the close of the students' regular school day to ensure the safe and orderly dismissal of the students.

Middle School unit members (6-8) will have one less staff meeting per month and one additional day (non accumulative) of personal necessity to be prearranged with and approved by the school administrator no less than ten (ten) school days ahead of time.

For 2009-2010, it is agreed that teachers will attend two (2) days of Professional Development for two (2) hours per day during the STAR Testing weeks, to be determined by the district, in exchange for additional minimum days scheduled the last week of school.

_____
Gina Whipple, Negotiations Chair

_____
Lexy Conte, Human Resources

_____
Debbie Salter, TAL President

_____
Dr. Howard Sundberg, Superintendent

# KAISER PERMANENTE. thrive

This form contains your diagnosis.

**ZAMBETTI, JOHN FRANCIS (M.D.)**
**43112 N 15th Street**
**Lancaster, CA 93534-6219**
**888-778-5000**

**Patient Name: Stilley X,Norma L**
**Encounter Date & Time: 9/29/2009 9:00 AM**

Please see below for this health care provider's directives and information relating to this encounter.

## Work Status Report

**Date onset of condition: 9/22/2009**
**Next Appointment Date:**

**DIAGNOSIS: CONCUSSION [850.9A]**
**Reason for Off Work: Cognitive Impairment**

**Off Work**
**This patient is placed off work from 9/29/2009 through 10/5/2009**

This form has been electronically signed and authorized by ZAMBETTI, JOHN FRANCIS (M.D.)

*This form contains your private health information that you may choose to release to another party, therefore please review for accuracy.*

Printed By: ZAMBETTI, JOHN on 9/29/2009 at 12:22:30 PM

State of California
Department of Industrial Relations
DIVISION OF WORKERS COMPENSATION

*Estado de California*
*Departamento de Relaciones Industriales*
*DIVISIÓN DE COMPENSACIÓN AL TRABAJADOR*

## WORKERS' COMPENSATION CLAIM FORM (DWC 1)

*PETICIÓN DEL EMPLEADO PARA DE COMPENSACIÓN DEL TRABAJADOR (DWC 1)*

Employee: Complete the "Employee" section and give the form to your employer. Keep a copy and mark it "Employee's Temporary Receipt" until you receive the dated copy from your employer. You may call the Division of Workers' Compensation and hear recorded information at (800) 736-7401. An explanation of workers' compensation benefits is included as the cover sheet of this form.

You should also have received a pamphlet from your employer at time of hire describing workers' compensation benefits and the procedures to obtain them.

*Empleado: Complete la sección "Empleado" y entregue la forma a su empleador. Quédese con la copia designada "Recibo Temporal del Empleado" hasta que Ud. reciba la copia firmada y fechada de su empleador. Ud. puede llamar a la División de Compensación al Trabajador al (800) 736-7401 para oír información grabada. En la hoja cubierta de esta forma está la explicación de los beneficios de compensación al trabajador.*

*Ud. también debería haber recibido de su empleador al tiempo de ser empleado un folleto describiendo los beneficios de compensación al trabajador lesionado y los procedimientos para obtenerlos.*

Any person who makes or causes to be made any knowingly false or fraudulent material statement or material representation for the purpose of obtaining of denying workers' compensation benefits or payments is guilty of a felony.

*Toda aquella persona que a propósito haga o cause que se produzca cualquier declaración o representación material falsa o fraudulenta con el fin de obtener o negar beneficios o pagos de compensación a trabajadores lesionados es culpable de un crimen mayor "felonía".*

---

**Employee--complete this section and see note above**   *Empleado--complete esta sección y note la notación arriba.*

1. Name. *Nombre.* __Norma__ _____
   Today's Date. *Fecha de Hoy.* _____
2. Home Address. *Dirección Residencial.* _____
3. City. *Ciudad.* _____ State. *Estado.* _____ Zip. *Código Postal.* _____
4. Date of Injury. *Fecha de la lesión (accidente).* _____ Time of Injury. *Hora en que ocurrió.* _____ a.m. _____ p.m.
5. Address and description of where injury happened. *Dirección/lugar dónde ocurrió el accidente.* _____
6. Describe injury and part of body affected. *Describa la lesión y parte del cuerpo afectada.* _____
7. Social Security Number. *Número de Seguro Social del Empleado.* _____
8. Signature of employee. *Firma del empleado.* _____

**Employer--complete this section and see note below.** *Empleador--complete esta sección y note la notación abajo.*

9. Name of employer. *Nombre del empleador.* _____
10. Address. *Dirección.* _____
11. Date employer first knew of injury. *Fecha en que el empleador supo por primera vez de la lesión o accidente.* _____
12. Date claim form was provided to employee. *Fecha en que se le entregó al empleado la petición.* _____
13. Date employer received claim form. *Fecha en que el empleador devolvió la petición al empleador.* _____
14. Name and address of insurance carrier or adjusting agency. *Nombre y dirección de la compañía de seguros o agencia administradora de seguros.* _____
15. Insurance Policy number. *El número de la póliza del seguro.* _____
16. Signature of employer representative. *Firma del representante del empleador.* _____
17. Title. *Título.* _____ 18. Telephone. *Teléfono.* _____

---

Employer: You are required to date this form and provide copies to your insurer or claims administrator and to the employee, dependent or representative who filed the claim within **one working day** of receipt of the form from the employee.

SIGNING THIS FORM IS NOT AN ADMISSION OF LIABILITY

*Empleador: Se requiere que Ud. feche esta forma y que provéa copias a su compañía de seguros, administrador de reclamos, o dependiente/representante de reclamos y al empleado que hayan presentado esta petición dentro del plazo de **un día hábil** desde el momento de haber sido recibida la forma del empleado.*

*EL FIRMAR ESTA FORMA NO SIGNIFICA ADMISION DE RESPONSABILIDAD*

☐ Employer copy/*Copia del Empleador*   ☐ Employee copy/*Copia del Empleado*   ☐ Claims Administrator/*Administrador de Reclamos*   ☐ Temporary Receipt/*Recibo del Empleado*

Keenan & Associates 8/2004

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Ronald S. W. Lew and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

## CV11- 4434 RSWL (MANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | |
|---|---|
| **[X] Western Division** | **[ ] Southern Division** |
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 |

**[ ] Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

44634 SHADOWCREST DR.
LANCASTER, CA 93536
661 524 1193 **FOR OFFICE USE ONLY**

IN PRO PER

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NORMA STILLEY | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV11-04434-RSWL (MANx) |
| v. | |
| LANCASTER SCHOOL DISTRICT | **SUMMONS** |
| DEFENDANT(S). | |

TO:   DEFENDANT(S):   _LANCASTER   SCHOOL   DISTRICT_

A lawsuit has been filed against you. **FOR OFFICE USE ONLY**

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, ___Norma Stilley___, whose address is ___44634 Shadowcrest Dr. Lancaster, CA 93536___. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___MAY 3 1 2011___

By: ___ANDRES PEDRO___
        Deputy Clerk

        (Seal of the Court)
                                1202

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

## FOR OFFICE USE ONLY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☑) <br><br> Norma Stilley | **DEFENDANTS** <br><br> Lancaster School District, et al. |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br><br> IN PRO PER | Attorneys (If Known) <br><br> Keenan & Associates |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes   ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et seq., and Title V Section 503 of the Act, 42 U.S.C. 12203, ADA

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☒ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number:   CV11-04434-ASWL (MANx)

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☒ Yes  N.S.
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☒   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _~James Riley~_     Date _5/23/11_

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |